UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 3:22-cr-68

vs.

TAYUAN N. ARRINGTON,                 District Judge Michael J. Newman

    Defendant.

**ORDER: (1) ADOPTING IN PART THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 25); (2) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE INDICTMENT; (3) GRANTING THE PARTIES' JOINT MOTION FOR CHANGE OF PLEA (Doc. No. 20); AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

       This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 25), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS IN PART** the Report and Recommendation. The Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the Indictment (Doc. No. 4), which charges him with possessing a firearm, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2). However, the Court does not adopt the Report and Recommendation as it relates to Count 4 of the Indictment, as this appears to have been added by mistake. The Court **GRANTS** the parties' joint motion for a change of plea (Doc. No. 20) and **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

    May 2, 2024                                        s/Michael J. Newman
                                                                Hon. Michael J. Newman
                                                                 United States District Judge